**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| IN RE )  | CASE NO. 07-11430-BKO-JKO |
| ) | |
| AMERICAN TELNET, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

## MEDIATOR'S REPORT OF IMPASSE

Pursuant to this Court's September 16, 2013, Order of Referral to Mediation, the undersigned served as Mediator during an all-day long session on November 12, 2013. The parties and their counsel together with the "Encouraged Parties" participated. No agreement was reached.

**KOZYAK TROPIN & THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Tel:   (305) 372-1800
Fax:   (305) 372-3508


By:   /s/ John W. Kozyak
      John W. Kozyak
      FL Bar No. 200395

- 1 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Mediator's Report of Impasses* was served via the Court's CM/ECF notification to those parties, who are registered CM/ECF participants in this case on the 20th day of November, 2013.

By:   /s/ John W. Kozyak
      John W. Kozyak