UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (FORT LAUDERDALE)
**www.flsb.uscourts.gov**

IN RE:

AMERICAN TELNET, INC.                              CASE NO.: 07-11430-BKC-JKO
                                                   CHAPTER 7

Debtor(s)_____/

## SUMMARY OF FINAL FEE APPLICATION OF MARCUM, LLP
## EXPERT WITNESS FOR CHAPTER 7 TRUSTEE

1.  Name of applicant: ...............................................................................Marcum, LLP.
2.  Role of applicant: ................................................................ Expert Witness for Trustee
3.  Name of certifying professional:................................................................. Morris I. Berger
4.  Date case filed: ............................................................................... March 2, 2007
5.  Date of application for employment:.............................................................June 11, 2013
6.  Date of order approving employment: ..........................................................July 25, 2013
7.  If debtor's counsel, date of Disclosure of Compensation form:.......................................N/A
8.  Date of this application: .....................................................................February 13, 2014
9.  Dates of services covered:.......................................................06/12/13-02/12/14
10. If Chapter 7, amount Trustee has on hand.......................................................$3,640,000.00

    **Fees…**
11. Total fee requested for this period (from Exhibit 1): .........................................$100,015.50
12. Balance remaining in fee retainer account, not yet awarded: .......................................$0.00
13. Fees paid or advanced for this period, by other sources: ............................................$0.00
14. **Net amount of fee requested for this period: ...................................................$100,015.50**

    **Expenses...**
15. Total expense reimbursement requested for this period: ...........................................$18.80
16. Balance remaining in expense retainer account, not yet received: ...............................$0.00
17. Expenses paid or advanced for this period, by other sources: ......................................$0.00
18. **Net amount of expense reimbursements requested for this period:......................$18.80**
19. Gross award requested for this period (#11 + #15):..........................................$100,034.30
20. **Net award requested for this period (#14 + #18):..........................................$100,034.30**
21. If <u>Final</u> Fee Application, amounts of net awards requested
    in interim applications but <u>not previously awarded</u>
    (total from History of Fees and Expenses, following pages): ............... ………………..0.00
22. **Total fee and expense award requested  (#20 + 21):………………….…..$100,034.30**

**History of Fees and Expenses**

<u>First Interim Fee Application</u>
1. Dates, sources, and amounts of retainers received: ...............................................................N/A
2. Dates, sources, and amounts of third party payments received:........................................... N/A
3. Interim Fee Application dates of service:...............................................................................N/A
4. Date of first award: ................................................................................................................N/A
5. Fees requested from Interim Fee Application: ......................................................................N/A
6. Fees awarded: ........................................................................................................................N/A
7. Holdback: ..............................................................................................................................N/A
8. Expenses requested from Interim Fee Application: ..............................................................N/A
9. Expenses awarded:................................................................................................................ N/A
10. Holdback: ............................................................................................................................N/A
11. Amount of fees actually paid: .............................................................................................N/A
12. Amount of expenses actually paid: .....................................................................................N/A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

IN RE:

AMERICAN TELNET, INC.                               CASE NO.: 07-11430-BKC-JKO
                                                    CHAPTER 7

Debtor(s)_____/


## SUMMARY OF FINAL FEE APPLICATION OF MARCUM, LLP
## EXPERT WITNESS FOR CHAPTER 7 TRUSTEE

COMES NOW Morris I. Berger, Partner of Marcum, LLP., and files this Application for Final Compensation of fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines Exhibit "1" (a) and (b) – The Applicant's Summary of Professional and Paraprofessional Time, Exhibit "2" – The Applicant's Summary of Requested Reimbursement of Expenses and Exhibit "3" – The Applicant's Complete Time Records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee, of $100,015.50 for 283.5 hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974). The above case was made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.     Marcum LLP, was appointed to provide services as Expert Witness to Kenneth a. Welt, Chapter 7 Trustee, in connection with this case pursuant to an order entered by this Court on July 25, 2013. The services rendered on behalf of the Trustee have been performed by Morris I. Berger and Alan R. Barbee, Partners; John L. Heller, Director; Anthony R. Banks, Senior Manager; Lupe Arce-Solorzano, Associate; and Rachel E. Tighe, Paraprofessional.

2. The Applicant makes this Application for final compensation for professional services rendered in accordance with the above-mentioned employment. This application covers fees for services performed from June 12, 2013 through February 12, 2014. All services for which compensation is requested were performed for the benefit of the Debtor Estate.

3. No compensation has been or will be shared with any person or party, other than among partners and regular associates of the Applicant. No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered or in connection with this case.

## CASE STATUS

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 2, 2007. Kenneth A. Welt was appointed as Chapter 7 Trustee on April 19, 2007. The Trustee has settled the adversary proceeding against the insiders for which the Applicant was the was engaged.

<u>Amount Involved and the Result Obtained.</u> While performing his duties, Applicant has been involved in numerous aspects of this case. In particular the Applicant has rendered services to the Trustee in the following categories.

### Litigation Consulting

Applicant spent **202.3** hours for fees of **$80,602.50** in reviewing files, documents, depositions and meeting with Trustee's Staff and Counsel to review and analyze solvency/insolvency of Debtor as well as potential damages.

### Preparation of Report

Applicant spent **51.4** hours for fees of **$16,485.50** in preparation and review of the draft Expert Report.

### Case Administration

The Applicant spent **22.2** hours for fees of **$1,871.00** in the case administration functions including but not limited to indexing records recovered and/or turned over by the Defendants, as needed for efficient referencing.

**Fee Application**

The Applicant spent **7.6** hours for fees of **$1,056.50** in compliance with applicable employment affidavit and preparing and reviewing final fee application.

5. <u>Time and Labor Required</u>.  The actual time records maintained by each principal, associate, senior and staff, and/or paraprofessional performing services for the Trustee fully document the **283.5** hours expended by the Applicant in performing the professional services on behalf of the Trustee on this matter through March 19, 2014.  The time records do reflect the majority of the time expended in performing the services rendered to the estate.  A summary of the time reports is attached hereto as **EXHIBIT 1A**.

6. <u>Skill Requisite to Perform the Accounting Services Properly</u>.  To perform the services and obtain the results previously enumerated above; the Applicant required substantial tax skills, accounting skills, and experience in the bankruptcy arena.

7. <u>Preclusion of Other Employment by the Expert Witness Due to Acceptance of the Case</u>.  Applicant is aware of no other employment, which was precluded by the acceptance of this case.  Had Applicant not accepted this appointment, the time spent on this case would have been devoted to other clients paying substantially the same hourly compensation on a current basis.

8. <u>Customary Fee.</u>  Applicant is normally compensated on an hourly basis and customarily bills commercial clients on a monthly basis, based on hourly rates scaled from $75 per hour for paraprofessionals to $475 per hour for partners.

9. <u>Whether the Fee is Fixed or Contingent</u>.  As Expert Witness for the Trustee, Applicant's compensation for handling this matter is entirely contingent on Court approval and subject to such award as this Court may allow.

10. <u>Experience, Reputation and Ability of the Expert Witness</u>.  Applicant is an established, experienced firm well known to this Court.  Applicant enjoys an excellent reputation and the individual accountants assigned to this case have demonstrated substantial ability and skill in the fields of accounting, forensic investigation, internal control, and taxation.

11. <u>Nature and Length of the Professional Relationship with the Client</u>. The Applicant has represented the Trustees in the Southern District of Florida in both Chapter 7 & 11 cases for over 20 years.

12. <u>Awards in Similar Cases</u>. The amount prayed for by Applicant is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of the accountants. The fees requested by the Applicant, computed at the rates indicated in **Exhibit 1**, comport with the economic spirit of the Bankruptcy Code.

13. Applicant respectfully represents that the reasonable value of services rendered to the estate through February 12, taking into account the relevant factors summarized above, including without limitation the hours of recorded time expended, is not less than **$100,015.50** and reasonable costs of **$18.80.**

**WHEREFORE**, the Applicant moves the court for an award of compensation for services rendered as Expert Witness to the Trustee for the period of time from June 12, 2013 through February 12, 2014 in the amount of 100% of the total fees of **$100,015.50** and costs in the amount of **$18.80**, and further that the Court authorize the prompt payment of the total fees and costs of **$100,034.30** to Applicant upon entry of an appropriate Order.

<u>Certification</u>

1. I have been designated by <u>Marcum, LLP.</u> (The "Applicant") as the professional with responsibility in this case for compliance with the current Mandatory Guidelines on Fees and Disbursements for Professionals in the Southern District of Florida Bankruptcy Cases (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3. To the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Guidelines.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5. Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6. In providing a reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowable amounts set forth in the Guidelines for photocopies and facsimile transmission).

7. In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmission).

8. In seeking reimbursement for a service, which the Applicant justifiably purchased or contracted for, from a third party, the Applicant is requesting reimbursement only for the amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9. The trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the debtor, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10. The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: NONE

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: March 19, 2014

/s/ Morris I. Berger
MORRIS I. BERGER
Marcum, LLP
One Southeast Third Avenue, 10th Floor
Miami, FL 33131
(305) 995-9600

**07-11430-JKO Notice will be electronically mailed to:**

Jeffrey M Berman on behalf of Defendant Gavin Kahn
jberman@klugerkaplan.com

Jeffrey M Berman on behalf of Defendant Michael Pardes
jberman@klugerkaplan.com

Jeffrey M Berman on behalf of Defendant Sara Liebowitz
jberman@klugerkaplan.com

Jeffrey M Berman on behalf of Defendant Ted Liebowitz
jberman@klugerkaplan.com

Jeffrey M Berman on behalf of Respondent Michael Pardes
jberman@klugerkaplan.com

Jeffrey M Berman on behalf of Respondent Ted Liebowitz
jberman@klugerkaplan.com

Eun Chang on behalf of Defendant Gavin Kahn
echang.ecf@rprslaw.com

Eun Chang on behalf of Defendant Michael Pardes
echang.ecf@rprslaw.com

Eun Chang on behalf of Defendant Sara Liebowitz
echang.ecf@rprslaw.com

Eun Chang on behalf of Defendant Ted Liebowitz
echang.ecf@rprslaw.com

David C. Cimo, Esq on behalf of Trustee Kenneth A Welt
dcimo@gjb-law.com, gjbecf@gjb-law.com

Allison R Day, Esq on behalf of Petitioning Creditor Allstate Communications, Inc.
aday@gjb-law.com, gjbecf@gjb-law.com

Allison R Day, Esq on behalf of Petitioning Creditor American Psychic Association, Inc.
aday@gjb-law.com, gjbecf@gjb-law.com

Allison R Day, Esq on behalf of Petitioning Creditor The Zodiac Group, Inc.
aday@gjb-law.com, gjbecf@gjb-law.com

Allison R Day, Esq on behalf of Trustee Kenneth A Welt
aday@gjb-law.com, gjbecf@gjb-law.com

Michael A Friedman on behalf of Petitioning Creditor Allstate Communications, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Michael A Friedman on behalf of Petitioning Creditor American Psychic Association, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Michael A Friedman on behalf of Petitioning Creditor The Zodiac Group, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

John W Kozyak
jk@kttlaw.com

Ronald J Lewittes, Esq on behalf of Trustee Kenneth A Welt
lewittes@carlson-law.net, carlson@carlson-law.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Craig A. Pugatch, Esq on behalf of Defendant Gavin Kahn
capugatch.ecf@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Michael Pardes
capugatch.ecf@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Sara Liebowitz
capugatch.ecf@rprslaw.com

Craig A. Pugatch, Esq on behalf of Defendant Ted Liebowitz
capugatch.ecf@rprslaw.com

Peter D. Russin, Esq on behalf of Plaintiff Kenneth A Welt
prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Peter D. Russin, Esq on behalf of Trustee Kenneth A Welt
prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Gregory L Scott, Esq on behalf of Creditor Atrium Holdings LLC
gscott@nasonyeager.com

David R. Softness, Esq. on behalf of Defendant Gavin Kahn
david@softnesslaw.com, sam@softnesslaw.com;david@ecf.inforuptcy.com

David R. Softness, Esq. on behalf of Defendant Michael Pardes
david@softnesslaw.com, sam@softnesslaw.com;david@ecf.inforuptcy.com

David R. Softness, Esq. on behalf of Defendant Sara Liebowitz
david@softnesslaw.com, sam@softnesslaw.com;david@ecf.inforuptcy.com

David R. Softness, Esq. on behalf of Defendant Ted Liebowitz
david@softnesslaw.com, sam@softnesslaw.com;david@ecf.inforuptcy.com

Kenneth A Welt

court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

**07-11430-JKO Notice will not be electronically mailed to:**

American Telnet, Inc.
3121 W. Hallandale Beach Blvd
Suite 101
Pembroke Park, FL 33009

Curtis Carlson
1 SE 3 Ave #1200
Miami, FL 33131

Chad P Pugatch
c/o Chad P Pugatch Esq
101 NE 3 Ave #1800
Ft. Lauderdale, FL 33301

EXHIBIT 1A

Summary of Professional And
Paraprofessional Time

### Partners

| Name: | Title | Yrs. Exp Insolvency | Yrs. Exp Accounting | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|---|
| Alan R. Barbee | Partner | 19 | 19 | 3.5 | 375.00 | 1,312.50 |
| Morris I Berger | Partner | 38 | 38 | 129.0 | 450.00 | 58,050.00 |
| **Subtotals:** | | | | **132.5** | | **$ 59,362.50** |

### Professionals

| Name: | | | | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|---|
| Anthony R. Banks | Senior Manager | 16 | 16 | 3.5 | 290.00 | 1,015.00 |
| John L. Heller | Director | 18 | 18 | 95.2 | 305.00 | 29,036.00 |
| John L. Heller | Director | 18 | 18 | 24.3 | 340.00 | 8,262.00 |
| Lupe Arce-Solorzano | Associate | 1 | 10 | 12.5 | 75.00 | 937.50 |
| Lupe Arce-Solorzano | Associate | 1 | 10 | 6.5 | 105.00 | 682.50 |
| **Subtotals:** | | | | **142.0** | | **$ 39,933.00** |

### Paraprofessionals:

| Name: | | | | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|---|---|
| Rachel E Tighe | | | | 9.0 | 80.00 | 720.00 |
| **Subtotals:** | | | | **9.0** | | **$ 720.0** |
| **TOTALS:** | | | | **283.5** | | **$ 100,015.50** |

| | |
|---|---|
| **Total Hours by Professionals and Paraprofessionals:** | **283.50** |
| **"Blended" Hourly Rate:** | **$ 352.79** |
| **Total Professionals and Paraprofessionals Fees:** | **$ 100,015.50** |

EXHIBIT 1B

Summary of Professional And
Paraprofessional Time By
Activity Code Category

**ACTIVITY CODE CATEGORY:  Case Administration**

|  | Hours | Rate | Total Fee |
|---|---:|---:|---:|
| **Professionals:** | | | |
| Eufemia Arce-Solorzano | 12.5 | 75.00 | 937.50 |
| John L. Heller | 0.7 | 305.00 | 213.50 |
| Rachel E Tighe | 9.0 | 80.00 | 720.00 |
| **MATTER TOTALS:** | **22.2** | | **$ 1,871.00** |

**ACTIVITY CODE CATEGORY:  Fee Applications**

|  | Hours | Rate | Total Fee |
|---|---:|---:|---:|
| **Professionals:** | | | |
| John L. Heller | 1.1 | 340.00 | 374.00 |
| Lupe Arce-Solorzano | 6.5 | 105.00 | 682.50 |
| **MATTER TOTALS:** | **7.6** | | **$ 1,056.50** |

**ACTIVITY CODE CATEGORY:  Litigation Consulting**

|  | Hours | Rate | Total Fee |
|---|---:|---:|---:|
| **Partners:** | | | |
| Morris I Berger | 127.6 | 450.00 | 57,420.00 |
| Alan R. Barbee | 1.0 | 375.00 | 375.00 |
| **Professionals:** | | | |
| Anthony R. Banks | 3.5 | 290.00 | 1,015.00 |
| John L. Heller | 59.3 | 305.00 | 18,086.50 |
| John L. Heller | 10.9 | 340.00 | 3,706.00 |
| **MATTER TOTALS:** | **202.3** | | **$ 80,602.50** |

**ACTIVITY CODE CATEGORY:  Preparation of Report-Other**

|  | Hours | Rate | Total Fee |
|---|---:|---:|---:|
| **Partners:** | | | |
| Alan R. Barbee | 2.5 | 375.00 | 937.50 |
| Morris I Berger | 1.4 | 450.00 | 630.00 |
| John L. Heller | 35.2 | 305.00 | 10,736.00 |
| John L. Heller | 12.3 | 340.00 | 4,182.00 |
| **MATTER TOTALS:** | **51.4** | | **$ 16,485.50** |
| **TOTALS:** | **283.50** | | **$ 100,015.50** |

EXHIBIT 2

Summary of Requested Reimbursement of Expenses
And Disbursements Prepared In Accordance With,
And Allowable Under The Guidelines For Fees And
Disbursements for Professionals

| | |
|---|---:|
| Administrative & Technology | 18.80 |
| **TOTAL GROSS AMOUNT OF REQUESTED DISBURSEMENTS:** | **$ 18.80** |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Case Administration | Tighe | 06/18/13 | 4.5 | 80.00 | 360.00 | Scanned two boxes of documents from John Heller. |
| Case Administration | Heller | 06/18/13 | 0.3 | 305.00 | 91.50 | Continue to coordinate scanning of documents produced. |
| Case Administration | Tighe | 06/21/13 | 2.0 | 80.00 | 160.00 | Renaming files, and combining files and placing in documents received. |
| Case Administration | Tighe | 06/24/13 | 1.5 | 80.00 | 120.00 | Saving documents to client file. |
| Case Administration | Tighe | 06/28/13 | 1.0 | 80.00 | 80.00 | Labeling boxes. |
| Case Administration | Arce-Solorzano | 08/02/13 | 5.5 | 75.00 | 412.50 | Review records and prepared index. |
| Case Administration | Arce-Solorzano | 08/03/13 | 5.0 | 75.00 | 375.00 | Review records and prepared index. |
| Case Administration | Arce-Solorzano | 08/26/13 | 2.0 | 75.00 | 150.00 | Preparation of Expert Report Binder |
| Case Administration | Heller | 08/02/13 | 0.4 | 305.00 | 122.00 | Direct index of docs received |
| **Category Subtotal** | | | **22.2** | | **1,871.00** | |
| Fee Applications | Heller | 10/28/13 | 0.6 | 340.00 | 204.00 | Per request of Counsel review WIP and advise. |
| Fee Applications | Arce-Solorzano | 12/19/13 | 1.5 | 105.00 | 157.50 | Prepare 1st Interim Fee Application |
| Fee Applications | Arce-Solorzano | 12/20/13 | 3.5 | 105.00 | 367.50 | Continue preparation of 1st Interim Fee application |
| Fee Applications | Arce-Solorzano | 02/11/14 | 1.5 | 105.00 | 157.50 | Update Fee Application and change to Final |
| Fee Applications | Heller | 02/12/14 | 0.5 | 340.00 | 170.00 | Review Fee Application |
| **Category Subtotal** | | | **7.6** | | **1,056.50** | |
| Litigation Consulting | Heller | 06/12/13 | 2.5 | 305.00 | 762.50 | Initial review of 2003 trial balance received from Counsel and research of case background. |
| Litigation Consulting | Berger | 06/13/13 | 0.1 | 450.00 | 45.00 | Email traffic with counsel. |
| Litigation Consulting | Heller | 06/14/13 | 0.4 | 305.00 | 122.00 | Follow-up with Morris Berger regarding initial review and additional docs needed. |
| Litigation Consulting | Berger | 06/17/13 | 3.5 | 450.00 | 1,575.00 | Review documents |
| Litigation Consulting | Heller | 06/17/13 | 1.7 | 305.00 | 518.50 | Receive additional hardcopy production. Analyze 2003 income tax return and set docs for scanning. |
| Litigation Consulting | Heller | 06/20/13 | 0.3 | 305.00 | 91.50 | Continue to plan case and assess production |
| Litigation Consulting | Heller | 07/09/13 | 1.9 | 305.00 | 579.50 | Continue to review documents produced to gain understanding of Debtor's financial history. |
| Litigation Consulting | Berger | 07/16/13 | 5.3 | 450.00 | 2,385.00 | Review of Documents |
| Litigation Consulting | Heller | 07/17/13 | 0.9 | 305.00 | 274.50 | Continue reviewing documents produced from Counsel. |
| Litigation Consulting | Berger | 07/17/13 | 6.4 | 450.00 | 2,880.00 | Review of Documents. |
| Litigation Consulting | Berger | 07/18/13 | 4.8 | 450.00 | 2,160.00 | Review of Documents |
| Litigation Consulting | Berger | 07/19/13 | 5.7 | 450.00 | 2,565.00 | Review of Documents |
| Litigation Consulting | Berger | 07/22/13 | 4.3 | 450.00 | 1,935.00 | Review of Documents |
| Litigation Consulting | Berger | 07/23/13 | 5.2 | 450.00 | 2,340.00 | Review of Documents |
| Litigation Consulting | Heller | 07/23/13 | 0.8 | 305.00 | 244.00 | Continue to review documents produced. |
| Litigation Consulting | Berger | 07/24/13 | 4.3 | 450.00 | 1,935.00 | Review of Documents |
| Litigation Consulting | Berger | 07/25/13 | 3.3 | 450.00 | 1,485.00 | Review of Documents |
| Litigation Consulting | Heller | 07/26/13 | 0.9 | 305.00 | 274.50 | Continue to review documents produced by Counsel. |
| Litigation Consulting | Berger | 07/26/13 | 4.3 | 450.00 | 1,935.00 | Continue to assist and direct John Heller with review of documents |

EXHIBIT 3
The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Litigation Consulting | Berger | 07/29/13 | 2.8 | 450.00 | 1,260.00 | Review of Documents |
| Litigation Consulting | Heller | 07/29/13 | 3.9 | 305.00 | 1,189.50 | Begin reviewing deposition testimony of Debtor principals and officers. |
| Litigation Consulting | Heller | 07/30/13 | 1.6 | 305.00 | 488.00 | Continue to review production, and depositions. |
| Litigation Consulting | Heller | 07/30/13 | 3.5 | 305.00 | 1,067.50 | Prepare for and meet with Morris Berger and Counsel regarding debtor solvency/insolvency. |
| Litigation Consulting | Berger | 07/30/13 | 3.0 | 450.00 | 1,350.00 | Meeting with Attorney |
| Litigation Consulting | Berger | 07/30/13 | 2.4 | 450.00 | 1,080.00 | Review of Documents |
| Litigation Consulting | Berger | 07/31/13 | 5.4 | 450.00 | 2,430.00 | Review of Documents |
| Litigation Consulting | Heller | 07/31/13 | 1.6 | 305.00 | 488.00 | Receive Exhibits from Counsel and begin review of same. |
| Litigation Consulting | Heller | 08/01/13 | 1.2 | 305.00 | 366.00 | Continue to review Exhibits and plan analyses with Morris Berger. |
| Litigation Consulting | Berger | 08/01/13 | 4.3 | 450.00 | 1,935.00 | Review of File |
| Litigation Consulting | Berger | 08/02/13 | 3.8 | 450.00 | 1,710.00 | Review of File |
| Litigation Consulting | Heller | 08/02/13 | 3.8 | 305.00 | 1,159.00 | Begin review of 2003 bank account and bank reconciliations recovered.  discuss same with M. Berger. |
| Litigation Consulting | Heller | 08/05/13 | 1.7 | 305.00 | 518.50 | Begin preparation of insolvency/solvency analysis. |
| Litigation Consulting | Heller | 08/06/13 | 1.9 | 305.00 | 579.50 | Continue to review deposition exhibits produced by Counsel. |
| Litigation Consulting | Berger | 07/08/13 | 6.0 | 450.00 | 2,700.00 | Review of Documents |
| Litigation Consulting | Berger | 08/06/13 | 3.5 | 450.00 | 1,575.00 | Review of File |
| Litigation Consulting | Berger | 08/07/13 | 2.8 | 450.00 | 1,260.00 | Review of File |
| Litigation Consulting | Heller | 08/07/13 | 1.4 | 305.00 | 427.00 | Continue to review documents produced by Counsel. |
| Litigation Consulting | Heller | 08/07/13 | 0.5 | 305.00 | 152.50 | Prepare POA for Trustee in order to verify IRS filings for solvency/insolvency report. |
| Litigation Consulting | Heller | 08/08/13 | 1.5 | 305.00 | 457.50 | Continue to review depositions, Debtor docs and transactions for solvency/insolvency analysis. |
| Litigation Consulting | Berger | 08/08/13 | 5.6 | 450.00 | 2,520.00 | Review of File |
| Litigation Consulting | Berger | 08/09/13 | 5.7 | 450.00 | 2,565.00 | Review of File |
| Litigation Consulting | Heller | 08/09/13 | 0.6 | 305.00 | 183.00 | Continue to review 2003 Debtor transactions. |
| Litigation Consulting | Heller | 08/09/13 | 0.5 | 305.00 | 152.50 | Work with Trustee staff regarding IRS POA. |
| Litigation Consulting | Heller | 08/12/13 | 0.8 | 305.00 | 244.00 | Continue to review documents received from Counsel. |
| Litigation Consulting | Heller | 08/12/13 | 1.9 | 305.00 | 579.50 | Request 2002 through 2004 IRS transcripts. |
| Litigation Consulting | Berger | 08/12/13 | 4.6 | 450.00 | 2,070.00 | Review of File |
| Litigation Consulting | Berger | 08/13/13 | 3.8 | 450.00 | 1,710.00 | Review of File |
| Litigation Consulting | Heller | 08/13/13 | 2.8 | 305.00 | 854.00 | Continue to review Complaints and pleadings in preparation for Expert Report. |
| Litigation Consulting | Berger | 08/14/13 | 4.2 | 450.00 | 1,890.00 | Review of File |
| Litigation Consulting | Heller | 08/14/13 | 4.7 | 305.00 | 1,433.50 | Begin analysis of Assets and liabilities and working capital from 7/31/2003 through 12/31/2003.  Review Debtor's monthly banking records and shareholder loan schedule. |
| Litigation Consulting | Heller | 08/14/13 | 2.7 | 305.00 | 823.50 | Continue to review Debtor docs received from Counsel. |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Litigation Consulting | Barbee | 08/14/13 | 1.0 | 375.00 | 375.00 | Solvency Analysis |
| Litigation Consulting | Berger | 08/19/13 | 4.3 | 450.00 | 1,935.00 | Review of File |
| Litigation Consulting | Berger | 08/20/13 | 3.8 | 450.00 | 1,710.00 | Review of File |
| Litigation Consulting | Heller | 08/20/13 | 2.6 | 305.00 | 793.00 | Continue reviewing Debtor docs recovered and analyzing. |
| Litigation Consulting | Heller | 08/21/13 | 2.8 | 305.00 | 854.00 | Continue reviewing depositions and exhibits thereto produced by Counsel. |
| Litigation Consulting | Berger | 08/21/13 | 4.5 | 450.00 | 2,025.00 | Review of File |
| Litigation Consulting | Berger | 08/22/13 | 4.6 | 450.00 | 2,070.00 | Review of File |
| Litigation Consulting | Heller | 08/22/13 | 4.8 | 305.00 | 1,464.00 | Continue to review Debtor 2003 and 2004 transactions and cross reference depositions. |
| Litigation Consulting | Berger | 08/23/13 | 1.5 | 450.00 | 675.00 | Review of File |
| Litigation Consulting | Berger | 08/26/13 | 3.8 | 450.00 | 1,710.00 | Review of File |
| Litigation Consulting | Banks | 08/26/13 | 2.0 | 290.00 | 580.00 | Research Capital IQ public company comparables. |
| Litigation Consulting | Banks | 08/26/13 | 1.5 | 290.00 | 435.00 | Research industry comparables. |
| Litigation Consulting | Heller | 08/26/13 | 1.8 | 305.00 | 549.00 | Meet with Trustee's litigation Counsel regarding underlying docs and, case status and litigation planning. |
| Litigation Consulting | Heller | 08/27/13 | 0.7 | 305.00 | 213.50 | Continue to review depositions. |
| Litigation Consulting | Heller | 08/27/13 | 0.6 | 305.00 | 183.00 | Follow-up with Counsel regarding specific documents sources. |
| Litigation Consulting | Heller | 09/03/13 | 3.3 | 340.00 | 1,122.00 | Begin taxes paid bank statement analysis for August to December 2003. |
| Litigation Consulting | Heller | 09/04/13 | 3.4 | 340.00 | 1,156.00 | Continue to analyze payments to taxing authorities from 8/2003 through 12/2003. |
| Litigation Consulting | Heller | 09/04/13 | 0.3 | 340.00 | 102.00 | Follow-up with Counsel regarding Court extension for expert Report filing. |
| Litigation Consulting | Heller | 09/24/13 | 0.4 | 340.00 | 136.00 | Review adversary status. |
| Litigation Consulting | Heller | 11/14/13 | 2.7 | 340.00 | 918.00 | Continue to review and assess potential damages calculations. |
| Litigation Consulting | Heller | 11/27/13 | 0.8 | 340.00 | 272.00 | Discuss settlement with M. Berger and begin finalizing Marcum workpaper files. |
| **Category Subtotal** | | | **202.3** | | **80,602.50** | |
| Preparation of Report - Other | Heller | 08/14/13 | 0.5 | 305.00 | 152.50 | Discuss expert report plan and analyses with quality reviewer Alan Barbee. |
| Preparation of Report - Other | Heller | 08/15/13 | 4.6 | 305.00 | 1,403.00 | Continue to draft export report and exhibits. |
| Preparation of Report - Other | Heller | 08/15/13 | 0.9 | 305.00 | 274.50 | Continue to plan expert report with Morris Berger. |
| Preparation of Report - Other | Heller | 08/21/13 | 3.3 | 305.00 | 1,006.50 | Begin drafting Expert Report. |
| Preparation of Report - Other | Heller | 08/22/13 | 3.3 | 305.00 | 1,006.50 | Continue drafting Expert Report. |
| Preparation of Report - Other | Heller | 08/23/13 | 4.6 | 305.00 | 1,403.00 | Continue drafting expert report |
| Preparation of Report - Other | Heller | 08/23/13 | 3.8 | 305.00 | 1,159.00 | Continue reviewing Debtor docs recovered and drafting financial analyses. |
| Preparation of Report - Other | Heller | 08/24/13 | 4.3 | 305.00 | 1,311.50 | Continue draft of expert report and analyses of Debtor financials and creditors. |
| Preparation of Report - Other | Heller | 08/25/13 | 2.8 | 305.00 | 854.00 | Continue draft of expert report and analyses of Debtor financials and creditors. |
| Preparation of Report - Other | Heller | 08/26/13 | 5.3 | 305.00 | 1,616.50 | Continue analysis of inadequate capital and review of industry in relation to expert report. |
| Preparation of Report - Other | Heller | 08/26/13 | 1.8 | 305.00 | 549.00 | Review report and analyses draft in process with M. Berger |

EXHIBIT 3

The Applicant's complete time records, in chronological order
by activity code category, for the time period covered by the application.
The requested fees are itemized to the tenth of an hour.

| Category | Staff | Date | Time | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Preparation of Report - Other | Barbee | 08/26/13 | 2.5 | 375.00 | 937.50 | Supervise preparation of expert report on solvency/ unreasonably small capital |
| Preparation of Report - Other | Berger | 10/25/13 | 1.4 | 450.00 | 630.00 | Work on draft report. |
| Preparation of Report - Other | Heller | 10/25/13 | 1.8 | 340.00 | 612.00 | Per M. Berger continue to review documentation and debtor's financial position and update expert report. |
| Preparation of Report - Other | Heller | 10/30/13 | 3.1 | 340.00 | 1,054.00 | Continue to review production and depositions for expert report. |
| Preparation of Report - Other | Heller | 10/31/13 | 0.9 | 340.00 | 306.00 | Continue review of production for expert report. |
| Preparation of Report - Other | Heller | 11/13/13 | 2.8 | 340.00 | 952.00 | Continue to update draft of Expert Report |
| Preparation of Report - Other | Heller | 11/19/13 | 3.7 | 340.00 | 1,258.00 | Continue to update expert report and analyses in preparation for jury trial |
| **Category Subtotal** | | | **51.4** | | **16,485.50** | |
| **Total Fees:** | | | **283.5** | | **$ 100,015.50** | |
| Administrative & Technology | | 08/24/13 | | | 10.00 | Research |
| Administrative & Technology | | 12/03/13 | | | 8.80 | Pacer charges re:Inv#RA-2320-Q32013 7/1/13 to 9/30/2013 |
| **Total Expenses:** | | | | | **$ 18.80** | |
| **TOTAL FEES AND EXPENSES:** | | | | | **$ 100,034.30** | |