**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

AMERICAN TELNET, INC.                              CASE NO.: 07-11430-BKC-JKO
                                                    CHAPTER 7
Debtor.
_____/

### *CERTIFICATE OF SERVICE OF NOTICE OF HEARING*

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing for Marcum LLP Final Fee Application for Compensation for Morris I. Berger, Accountant, Period: 06/12/2013 to 02/12/2014*, **Fee: $100,015.50**, **Expenses: $18.80 [D.E. 114]** scheduled for April 29, 2014 at 9:30 a.m. was served to those parties on the attached label matrix for local noticing via U.S. mail and/or by the court's CM/ECF system on the 25th day of Mach, 2014.

/s/ John L. Heller
JOHN L. HELLER
Marcum LLP
One Southeast Third Avenue, 10th Floor
Miami, FL  33131
(305) 995-9600   (305) 995-9601

```
Label Matrix for local noticing        Allstate Communications, Inc.          American Psychic Association, Inc.
113C-0                                 21621 Nordhoff Street                  The Moorings At Lantana
Case 07-11430-JKO                      Chatsworth, CA 91311-5825              381 Moorings Drive
Southern District of Florida                                                  Lantana, FL 33462-8023
Fort Lauderdale
Tue Feb 11 11:00:58 EST 2014

American Telnet, Inc.                  Atrium Holdings LLC                    Office of the US Trustee
3121 W. Hallandale Beach Blvd          c/o Gregory L. Scott, Esq.             51 SW 1st Ave
Suite 101                              1645 Palm Beach Lakes Blvd., Ste. 1200 Suite 1204
Pembroke Park, FL 33009-5149           West Palm Beach, FL 33401-2214         Miami, FL 33130-1614


The Zodiac Group, Inc.                 Allstate Communications, Inc.          American Psychic Assoc., Inc.
The Moorings At Lantana                c/o Allison R Day, Esq.                c/o Allison R. Day, Esq.
381 Moorings Drive                     100 SE 2 St 44 Fl                      100 SE 2 St 44 Fl
Lantana, FL 33462-8023                 Miami, FL 33131-2100                   Miami, FL 33131-2100


Attorney General of the U.S.           Broward County Revenue Collection Division   (p)INTERNAL REVENUE SERVICE
Dept. of Justice, Rm 4400              Governmental Center Annex              CENTRALIZED INSOLVENCY OPERATIONS
950 Pennsylvania Ave. NW               115 South Andrews Avenue               PO BOX 7346
Washington, DC 20530-0001              Ft. Lauderdale, Fl 33301-1818          PHILADELPHIA PA 19101-7346


Michael Pardes                         New York State Dept                    Ted Liebowitz
667 Ocean Blvd.                        POB 5300                               110 Anchorage Road
Golden Beach, FL 33160-2217            Albany NY 12205-0300                   Hewlett, NY 11557-2502


The Zodiac Group, Inc.                 United States Attorney                 Chad P Pugatch
c/o Allison R. Day, Esq.               99 NE 4th Street                       c/o Chad P Pugatch Esq
100 SE 2 St 44 Fl                      Miami, FL 33132-2145                   101 NE 3 Ave #1800
Miami, FL 33131-2100                                                          Ft. Lauderdale, FL 33301-1252


Curtis Carlson                         John W Kozyak                          Kenneth A Welt
1 SE 3 Ave #1200                       c/o Kozyak Tropin & Throckmorton       www.trusteewelt.com
Miami, FL 33131-1708                   2525 Ponce De Leon Blvd 9fl            1776 N. Pine Island Rd.
                                       Coral Gables, FL 33134-6039            Ste. 222
                                                                              Plantation, FL 33322-5223


Michael Pardes                         Ted Liebowitz
c/o Chad Pugatch, Esq.                 c/o Chad Pugatch
RPRS, P.A.                             RPRS, PA
101 NE 3 Ave, #1800                    101 NE 3 Ave, #1800
Ft. Laud, FL 33301-1252                Ft. Laud., FL 33301-1252
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service               (d)Internal Revenue Service
P.O. Box 21126                         POB 21125
Philadelphia, PA 19114                 Philadelphia PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Allstate Communications, Inc.<br>21621 Nordhoff Street<br>Chatsworth, CA 91311-5825 | (d)American Psychic Association, Inc.<br>The Moorings at Lantana<br>381 Moorings Drive<br>Lantana, FL 33462-8023 | (d)Atrium Holdings LLC<br>c/o Gregory L. Scott, Esq.<br>1645 Palm Beach Lakes Blvd., Ste. 1200<br>West Palm Beach, FL 33401-2214 |
| (d)The Zodiac Group, Inc.<br>The Moorings at Lantana<br>381 Moorings Dr<br>Lantana, FL 33462-8023 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     4<br>Total                  26 | |