

**ORDERED in the Southern District of Florida on May 1, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

AMERICAN TELNET, INC.,

Case No. 07-11430-BKC-JKO
Chapter 7

Debtor.
_____/

### ORDER AWARDING FINAL FEES AND EXPENSES TO MARCUM LLP AS EXPERT WITNESS FOR CHAPTER 7 TRUSTEE

**THIS CAUSE** came before the Court on April 29, 2014, at 9:30 a.m., upon the Final Fee Application of Barry E. Mukamal, CPA and Marcum LLP as Expert Witness for Chapter 7 Trustee [ECF No. 113] (the "*Application*").

The Court, having reviewed the Application, having heard from all parties in interest who had an opportunity to be heard, having taken into consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), having heard the argument of counsel, and based on the record, it is

**ORDERED** as follows:

1. The Application is **APPROVED**, as set forth below.

2. Marcum, LLP, Expert Witness for the Chapter 7 Trustee[1], is awarded compensation in the amount of **$100,015.50** (representing 100% of the fees requested) and **$18.80** (representing 100% of expenses requested) ("*Fee and Cost Award*"), totaling $100,034.30.

3. The Chapter 7 Trustee is authorized to pay the Fee and Cost Award forthwith.

###

**Submitted By:**
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Chapter 7 Trustee
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:    (305) 358-6363
Telefax:        (305) 358-1221

**Copies Furnished To:**
Peter D. Russin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to such term as set forth in the Application.